■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL D. SINGH, Appellant. [908 NYS2d 381]—Appeal from a judgment of the Oneida County Court (Barry M. Donalty, J.), rendered September 3, 2008. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Lindley, Sconiers and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN WISNIEWSKI, Appellant. (Appeal No. 2.) [907 NYS2d 894]—Appeal from a judgment of the Supreme Court, Erie County (John L. Michalski, A.J.), rendered May 15, 2009. The judgment convicted defendant, upon his plea of guilty, of grand larceny in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously modified on the law by vacating the sentence and as modified the judgment is affirmed, and the matter is remitted to Supreme Court, Erie County, for further proceedings in accordance with the same memorandum as in *People v Wisniewski* (77 AD3d 1324 [2010] [decided herewith]). Present—Centra, J.P., Peradotto, Lindley, Sconiers and Gorski, JJ.

■ In the Matter of EDUARDO R., Appellant. ERIE COUNTY ATTORNEY, Respondent. [908 NYS2d 381]—Appeal from an order of the Family Court, Erie County (Paul G. Buchanan, J.), entered September 9, 2009 in a proceeding pursuant to Family Court Act article 3. The order placed respondent with the Probation Department of Erie County upon an adjudication of juvenile delinquency.

It is hereby ordered that the order so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Lindley, Sconiers and Gorski, JJ.

■ In the Matter of INNTEL MANAGEMENT CORPORATION et al., Petitioners, v CITY OF CANANDAIGUA et al., Respondents. [907 NYS2d 894]—Proceeding pursuant to EDPL 207 (initiated in the Appellate Division of the Supreme Court in the Fourth Judicial Department pursuant to CPLR 506 [b]) to annul a determination of respondents to acquire certain real property by eminent domain.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties and filed June 2, 2010,

It is hereby ordered that said proceeding is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Peradotto, Lindley, Sconiers and Gorski, JJ.